**FILED**
April 24, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ABOLGHASSENI ALIZADEH, )<br>)<br>Defendant. ) | CASE NUMBER: 2:15-cr-00087-KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Abolghasseni Alizadeh</u>; Case <u>2:15-cr-00087-KJM</u> from custody and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of _____

___   Unsecured Appearance Bond in the amount of $

___   Appearance Bond with 10% Deposit

_X_   Appearance Bond in the amount of $3,500,000.00 secured by the real properties owned by defendant, Sharyl Kranig-Alizadeh, Mitra Alizadeh, Azita Alizdeh, and Parvaneh Alizadeh with the remaining balance to be unsecured and co-signed by the same individuals and Michael Alizadeh within 14 days.

_X_   (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on _____<u>4/24/2015</u>_____ at  2:46 p.

By _____
Allison Claire
United States Magistrate Judge