Malcolm Segal (SBN 075481)
Emily E. Doringer (SBN 208727)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone:  (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com

Attorneys for Defendant
ABOLGHASSENI "ABE" ALIZADEH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No:  2:15-CR-0087 KJM |
| Plaintiff, | |
| v. | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO SUBMIT PROPERTY BOND PAPERWORK** |
| ABOLGHASSENI "ABE" ALIZADEH, | |
| Defendant. | |

The defendant, ABOLGHASSEM "ABE" ALIZADEH, was arraigned on April 24, 2015.  He was ordered released on a $3,500,000 bond secured by $3,000,000 in available equity in real property and an unsecured appearance bond in the amount of $500,000.  The defendant and his family members require additional time to obtain all necessary title reports and related property bond documents, and for that reason the defendant requests an extension of time to May 15, 2015, to submit all required documents to the Court.  Counsel for the

1  parties have communicated regarding this matter and the government does not
2  oppose this request.

3       Accordingly, the defendant, ABOLGHASSEM "ABE" ALIZADEH, through
4  his counsel of record, and the United States of America, through its counsel,
5  Assistant United States Attorney Heicko Coppola, agree and stipulate that the
6  defendant be granted an extension of time to May 15, 2015, to submit all required
7  property bond documents to the Court.

8      **IT IS SO STIPULATED.**

9
10 Dated: May 7, 2015                    Respectfully submitted,

11                                       **SEGAL & ASSOCIATES, PC**

12
13                                       By: /s/ Malcolm Segal
14                                            MALCOLM SEGAL
                                             Attorneys for Defendant
15
16 Dated: May 7, 2015                    Respectfully submitted,

17                                       Benjamin B. Wagner
                                         United States Attorney
18                                       Eastern District of California
19
20                                       By: /s/ Heiko Coppola (by permission)
21                                            HEIKO COPPOLA
                                             Assistant United States Attorney
22
23
24
25
26
27
28

STIP & [PROPOSED] ORDER EXTENDING TIME TO SUBMIT PROPERTY BOND PAPERWORK

1

2

## ORDER

3

       GOOD CAUSE APPEARING, and upon the written stipulation of the

4

parties, the defendant is granted an extension of time until May 15, 2015, to

5

submit all necessary property bond documents to the Court.

6

       **IT IS SO ORDERED.**

7

DATED: May 7, 2015

8

9

*allison Claire*

HON. ALLISON CLAIRE

10

Magistrate Judge
United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP & [PROPOSED] ORDER EXTENDING TIME TO SUBMIT PROPERTY BOND PAPERWORK