Malcolm Segal (SBN 075481)
Emily E. Doringer (SBN 208727)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone:  (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
edoringer@segal-pc.com

Attorneys for Defendant
ABOLGHASSENI "ABE" ALIZADEH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABOLGHASSENI "ABE" ALIZADEH, and MARY SUE WEAVER,<br><br>Defendants. | Case No:  2:15-CR-0087 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRE-TRIAL RELEASE** |

The defendant, Abolghasseni "Abe" Alizadeh, was charged in an Indictment filed on April 23, 2015.  On April 24, 2015, following his voluntary appearance for arraignment, the Court ordered his release on a $3,500,000.00 bond secured by all available equity up to $3,000,000.00 in certain real property owned by his family members, including Sharyl Kranig-Alizadeh, Mitra Alizadeh, Azita Alizadeh and Parvaneh Alizadeh.  The balance of $500,000.00 and any deficiency in the equity posted was ordered secured by a personal appearance bond.  The

required appearance bond and secured deeds of trust were promptly filed thereafter.  Dkt. #12, 27-29.

Since that time, the defendant has made all scheduled appearances and has otherwise complied with all orders by the Court and Pretrial Services.  The parties understand that the Pretrial Services Office confirms there have been no issues concerning the defendant's supervision and that he has remained in compliance since his placement on pre-trial release.

In light of the stipulation and proposed order set forth herein below, the parties also respectfully request that the hearing currently set in this matter for January 12, 2016 at 2:00 p.m. in Courtroom 8 be vacated.

It is hereby stipulated between counsel for the United States of America, Assistant United States Attorneys Michael Anderson and Heiko Coppola, and counsel for the defendant, Malcolm Segal, that the terms and conditions of the defendant's pretrial release shall be modified as follows:

1. The amount of defendant Alizadeh's bond shall remain at $3,500,000.00;
2. The amount ordered secured by real property shall be reduced in the amount of $330,000.00;
3. The amount secured by appearance bond will increase by $330,000.00;
4. This change shall be accomplished without any gap in the security for the currently posted property bonds;
5. Any borrowed funds obtained through the financing of the subject properties, up to $330,000.00, including loan fees, shall be directly remitted to the California Board of Equalization and the Employment Development Department in connection with *People v. Alizadeh*, Placer County Case No. 62-104141; and
6. Any borrowed funds will be deposited in defense counsel's trust account and paid directly to the BOE and EDD to satisfy payments now due to those agencies.

IT IS SO STIPULATED.

Dated:  January 12, 2016          **SEGAL & ASSOCAITES, PC**

                                  By:   /s/ Malcolm Segal
                                        MALCOLM SEGAL
                                        Attorneys for Defendant
                                        ABOLGHASSENI "ABE" ALIZADEH


Dated:  January 12, 2016          BENJAMIN B. WAGNER
                                  United States Attorney


                                  By:   /s/ Michael Anderson (with permission)
                                        MICHAEL ANDERSON
                                        Assistant United States Attorney


## [~~PROPOSED~~] ORDER

The Court finds, based on the above stipulation by the parties, that the defendant's conditions of pre-trial release shall be modified as follows:

1. The bond shall remain at $3,500,000.00;
2. The amount secured by real property shall be reduced in the amount of $330,000.00;
3. The amount secured by appearance bond shall increase by $330,000.00;
4. Any change in security shall be accomplished without any gap in the security for the currently posted property bonds;
5. Any borrowed funds obtained through the financing of the subject properties, up to $330,000.00, shall be directly remitted to the California Board of Equalization and the Employment Development Department in connection with *People v. Alizadeh*, Placer County Case No. 62-104141; and

6. Any borrowed funds will be deposited to defense counsel's trust account and paid directly to the BOE and EDD to satisfy payments now due to those agencies.

In light of the foregoing Stipulation and the Court's Order, the hearing currently set in this matter for January 12, 2016 at 2:00 p.m. in Courtroom 8 is hereby vacated.

IT IS SO ORDERED.

Dated: January 12, 2016

_____
Edmund F. Brennan
U.S. Magistrate Judge
Eastern District of California

Stipulation and [~~Proposed~~] Order Modifying Conditions of Pre-Trial Release