WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Defendant
MARY SUE WEAVER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABOLGHASSENI ALIZADEH, AND ) <br> MARY SUE WEAVER, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO.  2:15-CR-00087-GEB <br><br> STIPULATION REGARDING <br> EXCLUDABLE TIME PERIODS <br> UNDER SPEEDY TRIAL ACT; <br> [PROPOSED] FINDINGS AND ORDER <br><br> DATE: November 4, 2016 <br> TIME: 9:00 a.m. <br> COURT: Hon. Garland E. Burrell, Jr |

**STIPULATION**

With the Court's permission, defendants Abolghasseni "Abe" Alizadeh and Mary Sue Weaver, and plaintiff United States of America, by and through their undersigned attorneys, hereby stipulate as follows:

1.  By previous order, this matter was set for status on November 4, 2016;

2.  By this stipulation, defendant now moves to continue the status conference until January 13, 2017, and to exclude time between November 4, 2016, and January 13, 2017, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a.  The discovery associated with this case includes but is not limited to

   investigative reports, bank records, loan documents, correspondence and emails totaling over 157,000 pages.  There are also multiple computer hard drives, a mirror image of a server hard-drive, and 23 boxes containing financial analysis, various bank records, and appraisals the United States has offered to make available for inspection.

   b. Counsel for defendants desire additional time to consult with their clients, review the discovery provided and to conduct investigation and research related to the charges.

   c. Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed under the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial date must commence, the time period of November 4, 2016 to January 13, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) and Local Code T4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

IT IS SO STIPULATED.

DATED: November 2, 2016

/s/ William J. Portanova
_____
WILLIAM J. PORTANOVA
Counsel for Defendant
MARY SUE WEAVER

DATED: November 2, 2016

/s/ Malcolm Segal
_____
MALCOLM SEGAL
Counsel for Defendant
ABE ALIZADEH

DATED: November 2, 2016

/s/ Heiko P. Coppola
_____
HEIKO P. COPPOLA
Assistant United States Attorney

**IT IS SO FOUND AND ORDERED**.

Dated: November 3, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT