| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | HEIKO P. COPPOLA<br>MICHAEL D. ANDERSON |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>ABOLGHASSENI "ABE" ALIZADEH AND MARY SUE WEAVER.<br><br>                  Defendants. | CASE NO. 2:15-CR-00087 GEB<br><br>STIPULATION AND PROPOSED ORDER FOR DEPOSITION PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 15<br><br>DATE: June 14, 2017<br>TIME: 10:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION OF THE PARTIES**

1. Federal Rule of Criminal Procedure 15(a)(1) provides in pertinent part that "a party may move that prospective witness be deposed in order to preserve testimony for trial." Federal Rule of Criminal Procedure 15(h) further provides that the parties may agree to the taking and use of a deposition with the court's consent.

2. The parties expect that Mr. Louis A. Conter will be called at trial to testify about the Alta Sierra Estates #13, Lot #1 real estate transaction involving defendant Alizadeh. This transaction is the subject of the mail fraud charges found in Counts 10 and 15 of the indictment.

3. Mr. Conter is approximately 96 years old and one of three surviving members of the Japanese attack on the U.S.S. Arizona. Although presently in good health, given Mr. Conter's relatively

advanced age, it is unknown whether he will available for the trial, which is currently scheduled to begin on February 20, 2018.

4. The parties jointly request, stipulate and agree that the taking of Mr. Conter's deposition is necessary to preserve his testimony in the event he becomes unavailable for trial. Pursuant to Fed.R.Crim.P. 15(h), the parties hereby request the Court's consent to take Mr. Conter's deposition and should he be unavailable, to use that deposition at trial, subject to the Federal Rules of Evidence.

5. The parties have agreed, should the Court consent, to take Mr. Conter's deposition on June 14, 2017 at 10:00 a.m. at the Nevada County Superior Court located at 201 Church Street, Nevada City, CA.

Dated: May 15, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ HEIKO P. COPPOLA
HEIKO P. COPPOLA
Assistant United States Attorney

Dated: May 15, 2017

/s/ MALCOM SEGAL
MALCOLM SEGAL
Counsel for Defendant
ABOLGHASSENI "ABE" ALIZADEH

Dated: May 15, 2017

/s/ WILLIAM PORTANOVA
WILLIAM PORTANOVA
Counsel for Defendant
MARY SUE WEAVER

## FINDINGS AND ORDER

Pursuant to the above stipulation and agreement of the parties, the Court finds that:

1. It is necessary to take Mr. Conter's deposition to preserve his testimony for trial;

2. Based upon the agreement of the parties, the Court consents to taking of Mr. Conter's deposition under Fed.R.Crim.P. 15(h);

3. The Court consents to the use of the deposition at trial should Mr. Conter become unavailable, subject to the Federal Rules of Evidence. Fed.R.Crim.P 15(f) and (h); and

4. The deposition shall take place on June 14, 2017 at 10:00 a.m. at the Nevada County Superior Court. This order suffices as reasonable written notice under Fed.R.Crim.P. 15(b)(1).

IT IS SO ORDERED.

Dated: May 12, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge