Malcolm Segal (SBN 075481)
Emily E. Doringer (SBN 208727)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA 95814
Telephone: (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
edoringer@segal-pc.com

Attorneys for Defendant
ABOLGHASSENI "ABE" ALIZADEH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: 2:15-CR-00087 GEB |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING** |
| ABOLGHASSENI "ABE" ALIZADEH, and MARY SUE WEAVER, | Date: March 30, 2018<br>Time: 9:00 a.m.<br>Judge: Hon. Garland F. Burrell, Jr. |
| Defendants. | |

With the Court's permission, plaintiff United States of America, by and through its counsel, Assistant United States Attorney Michael Anderson, and defendant Abolghasseni "Abe" Alizadeh, by and through his attorney, Malcolm Segal, hereby stipulate that the date for Judgment and Sentencing, now set for March 30, 2018, at 9:00 a.m. be continued to May 25, 2018, at 9:00 a.m. and that the following schedule for disclosure of the Pre-Sentence Report and the filing of objections be adopted:

1
Stipulation and [Proposed] Order Continuing Judgment and Sentencing

| | |
|---|---|
| Judgment and Sentencing Date: | May 25, 2018 |
| Reply or Statement of Non-Opposition: | May 18, 2018 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and Opposing Counsel: | May 11, 2018 |
| Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel: | May 4, 2018 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel: | April 27, 2018 |
| The Proposed Presentence Report Shall be Disclosed to Counsel no Later Than: | April 13, 2018 |

**IT IS SO STIPULATED.**

Dated: February 2, 2018.  **SEGAL & ASSOCIATES, PC**

By: /s/ Malcolm Segal
MALCOLM SEGAL
Attorneys for Defendant
ABOLGHASSENI "ABE" ALIZADEH

Dated: February 2, 2018.

By: /s/ Michael Anderson (with permission)
MICHAEL ANDERSON
Assistant United States Attorney

**IT IS SO FOUND AND ORDERED.**

Dated: February 2, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge