Malcolm Segal (SBN 075481)
Emily E. Doringer (SBN 208727)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA 95814
Telephone: (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
edoringer@segal-pc.com

Attorneys for Defendant
ABOLGHASSENI "ABE" ALIZADEH


WILLIAM J. PORTANOVA (SBN 106193)
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Defendant
MARY SUE WEAVER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABOLGHASSENI "ABE" ALIZADEH, and MARY SUE WEAVER,<br><br>Defendants. | Case No: 2:15-CR-00087 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING**<br><br>Date: May 18, 2018 and May 25, 2018<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

1
Stipulation and [Proposed] Order Continuing Judgment and Sentencing

With the Court's permission, plaintiff United States of America, by and through its counsel, Assistant United States Attorney Michael Anderson, and defendants Abolghasseni "Abe" Alizadeh and Mary Sue Weaver, by and through their respective counsel, Malcolm Segal and William J. Portanova, hereby stipulate that the dates for Judgment and Sentencing, now set on May 25, 2018, at 9:00 a.m. for Abe Alizadeh and now set on May 18, 2018, at 9:00 a.m. for Mary Sue Weaver, be continued jointly for both parties to June 1, 2018, at 9:00 a.m. The Proposed Presentence Report has recently been disclosed to both counsel and it is proposed that the following schedule for the filing of objections on behalf of both defendants be adopted as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | June 1, 2018 |
| Reply or Statement of Non-Opposition: | May 25, 2018 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and Opposing Counsel: | May 18, 2018 |
| Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel: | May 11, 2018 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel: | May 4, 2018 |

**IT IS SO STIPULATED.**

Dated: April 26, 2018.  **SEGAL & ASSOCIATES, PC**

By: /s/ Malcolm Segal_____
MALCOLM SEGAL
Attorneys for Defendant
ABOLGHASSENI "ABE" ALIZADEH

Dated: April 26, 2018.

                                                  By:    /s/ William J. Portanova
                                                         WILLIAM J. PORTANOVA
                                                         Attorney for Defendant
                                                         MARY SUE WEAVER

Dated: April 26, 2018.

                                                    By:    /s/ Michael Anderson (with permission)
                                                         MICHAEL ANDERSON
                                                         Assistant United States Attorney

**IT IS SO FOUND AND ORDERED.**

Dated: April 26, 2018

                                                                               _____
                                                                               GARLAND E. BURRELL, JR.
                                                                               Senior United States District Judge