1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,          )   Case No. 2:15-cr-087 GEB
                                        )
11                         Plaintiff,   )   ORDER
                                        )
12          v.                          )
                                        )
13   ABOLGHASSENI ALIZADEH,             )
                                        )
14                         Defendant.   )
                                        )
15   _____

16

17                              **ORDER**

18

19          GOOD CAUSE SHOWING, it is hereby ORDERED that the $3,000,000.00 property

20   bonds posted in this case be ordered exonerated and the Clerk of the Court is directed to

21   reconvey to the sureties in Docket Numbers 27-29.

22

23   Dated:  September 21, 2018

24                                          _____
                                            CAROLYN K. DELANEY
25                                          UNITED STATES MAGISTRATE JUDGE

26

27

28