McGREGOR W. SCOTT
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00087-MCE-DB |
| Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |
| v. | |
| ABOLGHASSENI ALIZADEH, | |
| Defendant. | |

**STIPULATION**

1.   Defendant Abolghasseni Alizadeh filed a motion for compassionate release on August 21, 2020. Docket No. 135. The government's response is due by August 28, 2020, and any reply due September 4, 2020. Government counsel requests additional time to obtain records and draft the response brief.

2.   Counsel for the defendant does not oppose this request.

3. Accordingly, by this stipulation, the parties now request that:

    a) The government's opposition or response to defendant's motion, Docket No. 135, be due on September 4; and

    b) The defense reply, if any, will be due on September 11, 2020.

IT IS SO STIPULATED.

                                                  McGREGOR W. SCOTT
                                                  United States Attorney

Dated:  August 28, 2020

                                                  */s/ Michael D. Anderson*
                                                  MICHAEL D. ANDERSON
                                                  Assistant United States Attorney

Dated:  August 28, 2020                           */s/ Shari Rusk*
                                                  SHARI RUSK
                                                  Counsel for Defendant

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a)    The government's opposition or response to defendant's motion, Docket No. 135, is due on September 4, 2020;

    b)    The defense reply, if any, will be due on September 11, 2020.

IT IS SO ORDERED.

Dated: August 31, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE