**SHARI RUSK**
Attorney at Law
P.O. Box 188945 Sacramento, CA 95818
Telephone: (916) 804-8656 Email: rusklaw@att.net
**Attorney for Defendant**
**ABOLGHASSENI ALIZADEH**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 15-00087 MCE |
| ) Plaintiff, ) | |
| ) vs. ) | ORDER TO FILE Exhibits Under Seal |
| ) | |
| **ABOLGHASSENI ALIZADEH**, ) | |
| ) Defendant. ) | |
| ) | |

**IS HEREBY ORDERED** that the Request to Seal Alizadeh exhibits be granted so that the personal information is not available on the public docket. The records are to be provided to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.

IT IS SO ORDERED.
Dated:  September 22, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

Order to Seal Documents                            -1-